OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RESORTED
FIRST CLASS

UNITED STATES POSTAGE

PITNEY BOWES

02 1R
0002003152
MAILED FROM ZIP CODE 78701

$ 00.27⁵

JUN 08 20

5/28/2015
HAINES, RODNEY STEVE    Tr. Ct. No. A05-211-1                          WR-83,380-03
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RODNEY STEVE HAINES
TERRELL UNIT TDC # 1347790
1300 FM 655
ROSHARON, TX 77583

U TF